SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>      Plaintiff,<br><br>   vs.<br><br>SALVADOR HUIZAR D/B/A S&S BALA TIRES FULL AUTO AND BODY; AGUSTIN MENESES; and DOES 1 to 10,<br><br>      Defendants. | Case No.: 5:25-cv-01821-JGB (PDx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: October 27, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 2nd Floor<br><br>Honorable Judge Jesus G. Bernal |

To Defendants SALVADOR HUIZAR D/B/A S&S BALA TIRES FULL AUTO AND BODY; AGUSTIN MENESES; and the attorneys of record, if any: Please take notice that on October 27, 2025, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 3470 12th Street, Riverside, California, Plaintiff MICHAEL HARRIS will present Plaintiff's motion for default judgment against Defendants SALVADOR HUIZAR D/B/A S&S BALA TIRES FULL AUTO AND BODY and AGUSTIN MENESES. The Clerk has previously entered the default on said Defendants on August 27, 2025 (Dkt. #14) and August 29, 2025 (Dkt. #16), respectively.

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants SALVADOR HUIZAR D/B/A S&S BALA TIRES FULL AUTO AND BODY and AGUSTIN MENESES are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants SALVADOR HUIZAR D/B/A S&S BALA TIRES FULL AUTO AND BODY and AGUSTIN MENESES have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,725.00 in attorney's fees, and $573.14 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 996 W. Holt Ave., Pomona, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants SALVADOR HUIZAR D/B/A S&S BALA TIRES FULL AUTO AND BODY and AGUSTIN MENESES on September 25, 2025, by first class United States Mail, postage prepaid.

Dated: September 25, 2025                    **SO. CAL. EQUAL ACCESS GROUP**

By:   */s/ Jason J. Kim*
      Jason J. Kim, Esq.
      Attorneys for Plaintiff